**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAKODA DAVIS** **PLAINTIFF**

**v.** **CASE NO. 2:24-CV-00168-BSM**

**FARKHANDA JOHN, *et al.*** **DEFENDANTS**

**ORDER**

Defendants' motion in limine [Doc. No. 103] is granted or denied as follows:

1. Defendants' general motion in limine is denied without prejudice.

2. Defendants' motion to preclude plaintiff from using the word "victim" is denied.

3. Defendants' motion to preclude plaintiff from discussing liability insurance is granted.

4 Defendants' motion to preclude plaintiff from referencing the financial status of defendants is granted. Defendants' request to preclude plaintiff from referencing the financial status of plaintiff is denied without prejudice.

5. Defendants' motion to preclude evidence or statements regarding reductions in jury awards is granted.

6. Defendants' motion to preclude "golden rule" statements or evidence is granted. "Golden rule" statements are not the same as evidence regarding ordinary care and other legal standards which are permissible.

7. Defendants' motion to preclude plaintiff from asking the jury to send a

message is denied without prejudice.

8. Defendants' motion to preclude evidence or statements regarding who will pay the judgment is granted unless the door is opened for such evidence or statements.

9. Defendants' motion to preclude statements about pleadings and motions is denied without prejudice.

10. Defendants' motion to preclude reference to *ex parte* statements and reports is denied without prejudice.

11. Defendants' motion to preclude statements regarding the size of the respective law firms is granted.

12. Defendants' motion to preclude statements regarding the lawyers' other clients is granted.

13. Defendants' motion regarding deposition designations is granted.

14. Defendants' motion to preclude expert reports is granted. Exhibits attached to the reports are also precluded unless those exhibits are authenticated by deposition testimony or by a witness at trial.

15. Defendants' motion to preclude the admission of the accident report is granted; however, as plaintiff states in its response, witnesses cited in the accident report can testify as to the statements they gave, which are contained in the report.

16. Defendants' motion to preclude lay witnesses from providing medical opinions is granted, generally, but this does not preclude lay witnesses from testifying as to medical observations falling within the common knowledge of a typical law witness.

17. Defendants' motion to preclude statements or testimony regarding settlment negotiations and mediation is granted.

18. Defendants' motion to preclude statements regarding tort reform is granted.

19. Defendants' motion to preclude an statements about pretrial rulings is denied without prejudice.

20. Defendants' motion to preclude plaintiff from testifying as to what any expert, including any medical provider, has told him is granted unless plaintiff first offers the testimony of an expert witness who can properly authenticate the statement This includes statements and diagnosis found in medical records.

21. Defendants' motion to preclude statements or evidence regarding plaintiff's direct negligence claims against Z-T Express is granted.

22. Defendants' motion to preclude any evidence regarding Signature Truck failing to respond to the complaint is denied. Plaintiff, however, must steer clear of stating that Signature is in default.

23. Defendants' motion to preclude statements or evidence regarding a heightened standard of care is granted but plaintiff is not precluded from putting on evidence of the characteristics of a tractor-trailer and how those characteristics impact a truck driver's duty of ordinary care..

24. Defendants' motion to preclude any statement or evidence of the traffic citation is granted.

25. Defendants' motion to preclude any testimony or statements focusing on

defendant's nationality is granted.

IT IS SO ORDERED this 3rd day of September 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE