**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAKODA DAVIS** **PLAINTIFF**

**v.** **CASE NO. 2:24-CV-00168-BSM**

**FARKHANDA JOHN, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff's omnibus motion in limine [Doc. No. 104] is granted or denied as follows:

1. Plaintiff's sexual orientation is not relevant so any questions or comments regarding it are precluded;

2. Plaintiff's request to preclude evidence regarding the first collision is denied without prejudice.

3. Plaintiff's request to preclude evidence regarding traffic citations issued in connection with the collision is granted and any statements or evidence regarding the issuance of citations or dismissal of citations is precluded.

4 Plaintiff's HIV diagnosis is not relevant so any questions or comments regarding it are precluded.

5. Plaintiff's request to preclude evidence regarding malingering or symptom magnification is denied without prejudice.

6. Plaintiff's request to preclude comments regarding "lawsuit abuse" is denied without prejudice because the relevance of any such comments cannot be determined without the benefit of observing the trial testimony and understanding the context of the comment.

IT IS SO ORDERED this 3rd day of September 2026.

UNITED STATES DISTRICT JUDGE