**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAKODA DAVIS** **PLAINTIFF**

**v.** **CASE NO. 2:24-CV-00168-BSM**

**FARKHANDA JOHN, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on September 10, 2026 [Doc. No. 143], following three days of trial, judgment is entered in favor of Farkhanda John, Z-T Express, Inc., and Signature Truck Leasing, Inc., and Dakoda Davis's complaint [Doc. No. 6] is dismissed with prejudice, and Davis's motion for default judgment against Signature [Doc. No. 62] is denied.

IT IS SO ORDERED this 14th day of September, 2026.

UNITED STATES DISTRICT JUDGE